AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00081 |
| RUBY CORADO | ) Assigned To : Judge Robin M. Meriweather |
| (a/k/a "Ruby Jade Corado" and | ) Assign. Date : 3/1/2024 |
| "Vladamir Orlando Artiga Corado") | ) Description: COMPLAINT W/ARREST WARRANT |
| ▓▓▓▓▓▓▓▓ | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __in or about March 2020__ in the county of __Washington__ in the
Jurisdiction of the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1956 | Laundering of Monetary Instruments |
| 18 U.S.C. § 1957 | Transactions with Criminally-Derived Proceeds |
| 31 U.S.C. §§ 5314 and 5322(b) | Failure to File Report of Foreign Bank Account |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_Complainant's signature_

Paulina Murphy, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 03/01/2024

_Judge's signature_

City and state: Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
_Printed name and title_