UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RUBY CORADO )<br>) | No. 24-MJ-81 (RMM) |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Ruby Corado, through undersigned counsel, respectfully submits this Motion to Modify Conditions of Release in the above captioned matter. The Court granted Ms. Corado's motion for pretrial release on March 12, 2024. *See* 3/12/24 Minute Entry Order. The Court released Ms. Corado to live at the residence of her niece, Ms. Jessica Dieguez in Rockville, Maryland. *See* Order Setting Conditions of Release, ECF No. 16. Ms. Dieguez was sworn in by the Court as a third party custodian. Since her release on March 13, 2024, Ms. Corado has been fully compliant with her conditions of pretrial release.

Ms. Corado now requests that the Court permit her to change the designated third party custodian and location of release. Specifically, Ms. Corado's sister, Adela Corado, who has been approved by the Pretrial Services Office as a third party custodian, would take over as third party custodian and Ms. Corado would reside at 3655 Horner Place SE, Washington, DC, with her sister.

Counsel conferred with Ms. Corado's Pretrial Officer, who has no opposition to this request. Counsel also reached out to government counsel for their position and the government's position is that there needs to be a hearing where the suitability of the proposed new third-party custodian can be assessed. Ms. Corado does not believe a hearing is necessary, especially given the fact that Ms. Adela Corado has been approved by Pretrial Services and there is no objection from the Pretrial Officer.

2

For all of the foregoing reasons, Ms. Corado respectfully requests that this Court modify her conditions of pretrial release.

                                  Respectfully submitted,

                                  A. J. KRAMER
                                  FEDERAL PUBLIC DEFENDER

By:   */s/ Diane Shrewsbury*
       Diane Shrewsbury
       Elizabeth Mullin
       Assistant Federal Public Defenders
       625 Indiana Avenue NW, Suite 550
       Washington, D.C. 20004
       (202) 208-7500